**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NANCY PEREZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. H-06-2816 |
| | § | |
| WELLS FARGO BANK, *et al.*, | § | |
|     Defendants. | § | |

**REMAND ORDER**

The Court noted during the Pretrial Conference that remand would be appropriate if Nancy Perez established, by means of a binding stipulation, that she would pursue only state law claims and that she would neither seek nor accept any award equal to or greater than the jurisdictional amount. Perez has now filed an Affidavit and Stipulation [Doc. # 14], which conforms to the Court's expectations. Perez stipulates that she sought, seeks, and will accept no more than $75,000.00 in total damages, inclusive of compensatory damages, punitive damages, and attorneys' fees. She further attests to her intention to seek only such claims as are allowed under Texas laws and regulations. It is hereby

**ORDERED** that this case is **REMANDED** to the County Civil Court at Law No. 2, Harris County, Texas, from which it was originally removed.

SIGNED at Houston, Texas, this **7th** day of **November, 2006.**

Nancy F. Atlas
United States District Judge